**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JUN 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**RODOLFO A. VARGAS**

**v.** **C.A. NO. 02-018-ML**

**PROVIDENCE SCHOOL BOARD (formerly known as The Providence School Committee), and OLGA NOGUERA, MARY MCCLURE, MAKNA MEN, DR. GENE BURNS, LEONARD LOPES, BIENVENIDO GARCIA, SAMUEL ZURIER, SUSAN DERITA, ROOSEVELT BENTON, GERTRUDE BLAKEY, & JUAN LOPEZ and DIANA LAM and DR. MELODY JOHNSON and ALEXANDER PRIGNANO**

**STIPULATION BY THE PARTIES**

The parties hereby stipulate that all state and federal claims by the Plaintiff up to and through those arising on January 23, 2003, shall be dismissed with prejudice.

Plaintiff,
By his Attorney:

Richard Savage (#5448)
Savage & Savage
156 Airport Road
Warwick, RI 02889
(401) 732-9500
(401) 732-0166 (Fax)

Defendants,
By their Attorney,

Sara A. Rapport (#6184)
Senior Assistant City Solicitor
Department of Law
275 Westminster Street, Suite 200
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

Dated: June 20, 2005

Enter: Mary M. Lisi USDJ 6/23/05